JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN WIMBERLY, SR., | ) | No. ED CV 08-00605-DSF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| F. B. HAWS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 9/13/10

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE